# EXHIBIT A

Fw: ***Request to Staff*** BISHARA, RICHARD, Reg# 72100050, DAN-D-A

DAN-InmateToWarden (BOP) <DAN-InmateToWarden@bop.gov>

Fri 9/16/2022 8:09 AM

---

**From:** ~^! BISHARA, ~^!RICHARD <72100050@inmatemessage.com>
**Sent:** Thursday, September 15, 2022 9:47 PM
**To:** DAN-InmateToWarden (BOP) <DAN-InmateToWarden@bop.gov>
**Subject:** ***Request to Staff*** BISHARA, RICHARD, Reg# 72100050, DAN-D-A

To: Warden Pullen
Inmate Work Assignment: NA

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
9cf014d8-989b-4127-b8bc-a05ed3d1e801
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


Warden Pullen,

I am requesting to be considered for compassionate release pursuant to First Step Act for the following reasons:

1. The prison is failing adequately protect me from exposure to COVID-19, by first failing to test in mass. Second, by failure to actually implement the COVID-19 until separations as they claim they do.

2. I have multiple COVID-19 Co-Morbidity factors as identified by CDC to include Insulin Dependent Diabetes, and Asthma.

3. I have a release address at: 423 Bailey RD, Paramus, NJ 07652, i have employment as a CDL Truck driver and working in an auto dealership. Either of there jobs will provide me with a livable wage and medical insurance coverage. I have strong family support.

4. My offense is non-violent and white collar in nature.
I pose no direct threat to society.

Thank you
Bishara Richard