# EXHIBIT B

BISHARA, RICHARD
Register Number: 72100-050
Unit: D-A

---

You requested a reduction in sentence (RIS) based on concerns related to COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate;" the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

A review of your record does not show evidence of a debilitating medical condition, nor has there been documentation of a decrease in your ability to manage your self-carry medication, activities of daily living, nor are you currently confined to a bed or chair for more than 50% of your waking hours. You are not currently diagnosed with a terminal illness with an end of life trajectory.

Your current medical record indicates you are being treated for type 2 diabetes, hyperlipidemia, and asthma. Your medical needs are currently being monitored by FCI Danbury. You tested negative for COVID-19 on March 29, 2022. You completed the COVID vaccine series while in the community, and completed the Pfizer booster on January 27, 2022.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____   _____10/3/22_____
T. Pullen, Warden                                  Date