# EXHIBIT C

## SUBMITTED DIRECTLY TO THE COURT UNDER SEAL