# **CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2023, I served the Government's Letter Response to Richard Bishara's Motion for Reduction in Sentence on Richard Bishara via U.S. Mail to the following address:

>Richard Bishara (Reg. No.72100-050)
>FCI Danbury
>Federal Correctional Institution
>Route 37
>Danbury, CT 06811

                                    */s/Katherine M. Romano*
                       By:   Katherine M. Romano
                               Assistant U.S. Attorney

Dated: March 3, 2023